```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
CATHERINE R. CHYI
Certified Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2810
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Mag. No. 09-153-GGH |
|---|---|---|
| Plaintiff, | ) ) | PETITION FOR PROBATION |
| | ) | REVOCATION AND |
| v. | ) | ORDER TO APPEAR |
| | ) | |
| JEFFERY FORSMAN, | ) | DATE: September 7, 2010 |
| | ) | TIME: 2:00 p.m. |
| | ) | JUDGE: Hon. Gregory G. Hollows |
| Defendant. | ) | |

On August 19, 2009, the defendant, JEFFERY FORSMAN, pled guilty to one count of:

    Driving When Privilege Suspended and Revoked for Failure to Appear, in violation of Title 18, United States Code, Section 13, and California Vehicle Code, Section 14601.1(a), a misdemeanor.

On August 19, 2009, among other things, the defendant was given the following sentence by United States Magistrate Judge Gregory G. Hollows:

    1. The defendant shall pay a $350.00 fine and $10 Special Assessment.

///

1        2.   The defendant shall serve a one-year term of court
2             probation.
3     The United States alleges that the defendant has violated the
4  conditions of the sentence imposed and the above mentioned order
5  of the court as follows:
6             The defendant has failed to complete payment of the
7             $350.00 fine and $10 Special Assessment; the defendant
8             has failed to pay any amount to date, leaving a balance
9             of $360.00.
10     The United States therefore petitions the Court to place this
11  matter on its calendar on September 7, 2010, at 2:00 p.m. to allow
12  the defendant to show cause why probation should not be revoked.
13     All of the above has been related to me by Catherine R. Chyi.
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: August 18 , 2010          Respectfully Submitted,

                                 BENJAMIN B. WAGNER
                                 United States Attorney

                             By: /s/ Matthew C. Stegman
                                 MATTHEW C. STEGMAN
                                 Assistant U.S. Attorney

**ORDER**

Good Cause Appearing, the defendant is ordered to appear on September 7, 2010 at 2:00 p.m., before the Honorable Gregory G. Hollows, United States Magistrate Judge, at the U.S. Federal Courthouse, 501-I Street, 8th Floor, Sacramento, California, to show cause why probation should not be revoked.

IT IS SO ORDERED.

Dated: August 20, 2010

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
United States Magistrate Judge

forsman.ord

3